1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  JERRY SMITH,                                )      No. C 14-01779 EJD (PR)
                                               )
12              Plaintiff,                      )      ORDER GRANTING MOTION FOR
                                               )      EXTENSION OF TIME TO FILE
13    v.                                        )      OPPOSITION
                                               )
14  T. PASLEY, et. al.,                         )
                                               )
15                                              )
                Defendants.                     )
16  _____         )      (Docket No. 25)

17

18          Plaintiff, a state prisoner at San Quentin State Prison, filed a civil rights action in

19  pro se pursuant to 42 U.S.C. § 1983.  On August 5, 2014, the Court liberally construed

20  Plaintiff's claim as cognizable under the First Amendment and issued an order of service.

21  (Docket No. 4.)  On March 3, 3015, after having been granted two extensions of time,

22  Defendants filed a motion for summary judgment.  (Docket No. 20.)  Plaintiff has filed a

23  motion requesting an extension of time of 28 days to file an opposition.  (Docket No. 25.)

24  Good cause being shown, Plaintiff's request is GRANTED.  Plaintiff shall file an

25  opposition **no later than April 28, 2015.**

26          This order terminates Docket No. 25.

27  DATED:  ___3/27/2015_____          _____

28                                            EDWARD J. DAVILA
                                              United States District Judge

Order Granting Motion for Extension of Time to file Opposition
N:\Pro - Se & Death Penalty Orders\March 2015\01779Smith_eot-opp.wpd

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    JERRY EUGENE SMITH,                    Case No.  5:14-cv-01779-EJD
                  Plaintiff,
8
                  v.                         **CERTIFICATE OF SERVICE**
9
10   T. PASLEY, et al.,
                  Defendants.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13   District Court, Northern District of California.

14          That on 3/30/2015, I SERVED a true and correct copy(ies) of the attached, by placing said
15   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16   located in the Clerk's office.

17          Jerry Eugene Smith ID: H-44485
            San Quentin State Prison
18          San Quentin, CA 94964

19
20
     Dated: 3/30/2015
21

22                                           Richard W. Wieking
23                                           Clerk, United States District Court

24
25                                           By: _Elizabeth C Garcia_____
26                                           Elizabeth Garcia, Deputy Clerk to the
                                             Honorable EDWARD J. DAVILA
27
28